06/08/2018 08:58 FAX
JUN-11-2008 19:21    USAO/SDNY                              212 637 0097    ☑001/001
                                                                             P.002

✍ ORIGINAL   JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :
                                     :    NOTICE OF INTENT
        v.                           :    TO FILE AN INFORMATION
                                     :
LEONID VOLOV,                        :    08Cr.
                                     :
                  Defendant.         :    08 CRIM 731
                                     :
- - - - - - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: June 12, 2008
New York, NY

                               MICHAEL J. GARCIA
                               United States Attorney

                    By: _____
                          Arlo Devlin-Brown
                          Assistant United States Attorney

                    AGREED AND CONSENTED TO:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

                    By: _____
                          Arkady Bukh
                          Attorney for Defendant