```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

        - v -                         :    INFORMATION

LEONID VOLOV,                         :    08 Cr. ___
    a/k/a "Lenny,"
                        Defendant.    :

- - - - - - - - - - - - - - - - - - - x
```

JUDGE KOELTL

08 CRIM 731

## COUNT ONE

(FIRST CONSPIRACY TO COMMIT HEALTH CARE FRAUD AND MAIL FRAUD)

The United States Attorney charges:

1. From in or about 2000, up to and including in or about October 2005, in the Southern District of New York and elsewhere, LEONID VOLOV, a/k/a "Lenny," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense under Chapter 63 of Title 18, United States Code, to wit, a violation of Title 18, United States Code, Sections 1341 and 1347.

2. It was a part and an object of the conspiracy that LEONID VOLOV, a/k/a "Lenny," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, would and did place in a post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the Postal

Service, and would and did take and receive therefrom, such matter and thing, and would and did knowingly cause to be delivered by mail according to the direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed, such matter and thing, in violation of Title 18, United States Code, Section 1341.

3. It was further a part and an object of the conspiracy that LEONID VOLOV, a/k/a "Lenny," the defendant, and others known and unknown, unlawfully, willfully and knowingly would and did execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, health care benefit programs, in connection with the delivery of and payment for health care benefits, items and services, in violation of Title 18, United States Code, Section 1347.

### OVERT ACTS

4. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about June 23, 2002, VOLOV participated in a staged automobile accident in Brooklyn, New York.

    b. On or about August 23, 2002, VOLOV caused a fraudulent medical claim to be mailed to AIG Claims Services

Inc. relating to treatment from the staged automobile accident on or about June 23, 2002.

  c. On or about December 17, 2003, a clinic controlled by VOLOV in Brooklyn, New York, caused a New York City Marshal to serve a judgment in New York, New York on an insurance company in an attempt to collect money for treatments provided in connection with a staged automobile accident.

  (Title 18, United States Code, Section 1349.)

## COUNT TWO
(SECOND CONSPIRACY TO COMMIT HEALTH CARE FRAUD AND MAIL FRAUD)

  The United States Attorney further charges:

  5. From in or about May 2006, up to and including in or about December 2007, in the Southern District of New York and elsewhere, LEONID VOLOV, a/k/a "Lenny," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense under Chapter 63 of Title 18, United States Code, to wit, a violation of Title 18, United States Code, Sections 1341 and 1347.

  6. It was a part and an object of the conspiracy that LEONID VOLOV, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, would

3

and did place in a post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the Postal Service, and would and did take and receive therefrom, such matter and thing, and would and did knowingly cause to be delivered by mail according to the direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed, such matter and thing, in violation of Title 18, United States Code, Section 1341.

7. It was further a part and an object of the conspiracy that LEONID VOLOV, a/k/a "Lenny," the defendant, and others known and unknown, unlawfully, willfully and knowingly would and did execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, health care benefit programs, in connection with the delivery of and payment for health care benefits, items and services, in violation of Title 18, United States Code, Section 1347.

## OVERT ACTS

8. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about July 23, 2007, LEONID VOLOV, a/k/a "Lenny," the defendant, caused a bill for unnecessary medical services for a patient ("Patient 1") to be mailed to GEICO in

4

Woodbury, New York.

(Title 18, United States Code, Section 1349.)

COUNT THREE

(FALSE STATEMENTS)

The United States Attorney further charges:

9. From in or about May 2006, up to and including in or about December 2007, in the Southern District of New York and elsewhere, LEONID VOLOV, a/k/a "Lenny," the defendant, in a matter involving a health care benefit program, unlawfully, willfully and knowingly did falsify, conceal and cover up by trick, scheme and device a material fact, and did make materially false, fictitious and fraudulent statements and representations, and did make and use a materially false writing and document knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of and payment for health care benefits, items and services, to wit, VOLOV submitted false and fraudulent claims for insurance for patients of a medical clinic VOLOV operated on Nostrand Avenue in Brooklyn, New York.

(Title 18, United States Code, Sections 1035, and 2.)

COUNT FOUR

(CONSPIRACY TO COMMIT BANK FRAUD)

The United States Attorney further charges:

10. From in or about 2006 through at least in or about December 2007, in the Southern District of New York and elsewhere, LEONID VOLOV, a/k/a "Lenny," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did

5

combine, conspire, confederate, and agree together and with each other to commit an offense under Chapter 63 of Title 18, United States Code, to wit, a violation of Title 18, United States Code, Section 1344.

11. It was a part and an object of the conspiracy that LEONID VOLOV, a/k/a "Lenny," the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

12. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York:

    a. On or about September 26, 2007, LEONID VOLOV, a/k/a "Lenny," and a co-conspirator not named as a defendant herein, cashed a check from a Manhattan business made payable to another person without that person's authorization.

(Title 18, United States Code, Section 1349.)

## COUNT FIVE

(MONEY LAUNDERING)

The United States Attorney further charges:

13. From in or about May 2006 up to and including

in or about May 2008, in the Southern District of New York and elsewhere, LEONID VOLOV, a/k/a "Lenny," the defendant, in an offense involving and affecting interstate and foreign commerce, knowing that property involved in financial transactions represented the proceeds of some form of unlawful activity, unlawfully, willfully, and knowingly would and did conduct and attempt to conduct financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, health care fraud, with the intent to promote the carrying on of a specified unlawful activity and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, to wit, VOLOV provided checks drawn on accounts of medical practitioners employed at a medical clinic and made payable to a transportation company to the owner of that company, who provided cash to VOLOV in return.

(Title 18, United States Code, Section 1956(a)(1)(B)(i)).

## COUNT SIX

(FALSE IDENTIFICATION DOCUMENTS)

The United States Attorney further charges:

14.   From in or about December 1998, up to and including in or about June 2000, in the Southern District of New York and elsewhere, LEONID VOLOV, a/k/a "Lenny," the defendant, unlawfully, willfully, knowingly and without lawful authority did produce an identification document and false identification document, where the production, transfer, possession and use of such document is in and affecting interstate commerce and where

such means of identification, identification document, and false identification document is transported in the mail in the course of its production, transfer, possession, and use, to wit, VOLOV assisted individuals in obtaining drivers' licenses through fraudulent means.

(Title 18, United States Code, Sections 1028(a)(1), and 2.)

## FORFEITURE ALLEGATION

15. As the result of committing one or more of the Federal health care offenses in violation of 18 U.S.C. §§ 24, 1035, 1347, and 1349, alleged in Counts One, Two, Three and Four of this Information, LEONID VOLOV, a/k/a "Lenny," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(7), all property, real and personal, that constitutes or is derived, directly and indirectly, from gross proceeds traceable to the commission of the offense, including but not limited to the following: such sum that in aggregate is property representing the amount of proceeds obtained as a result of the offenses charged in Counts One, Two, Three and Four.

### Substitute Asset Provision

i. If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

  (4) has been substantially diminished in value; or

  (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

  (Title 18, United States Code, Sections 982, 1035, 1341, 1344, 1347, and 1349).

          */s/ Michael J. Garcia*
          MICHAEL J. GARCIA
          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

LEONID VOLOV,

Defendant.

INFORMATION

08Cr. ___

18 U.S.C. §§ 1028(a)(1), 1035,
1341, 1344, 1347, 1349, 1956(a)(1)

MICHAEL J. GARCIA
United States Attorney.

---

7/2/2008 FILED WAIVER OF INDICTMENT AND INFORMATION. DEFT ARRAIGNED ON INFORMATION. DEFT PRES W/ATTY ARKADY BUKH. AUSA ARLO DEVLIN-BROWN. REPORTER MARTHA REEVIS. RUSSIAN INTERPRETER ANDREW GARVTZ. DEFT ENTERS PLEA OF GUILTY TO SIX-COUNT INFORMATION. SENTENCE DATE 1/23/2009 AT 9:30AM. PSI ORDERED. BAIL CONT'D, AND EXTENDED TO NEW JERSEY AND ALL OF NEW YORK. FILING OF WAIVER AND INFORMATION STAYED UNTIL 8/4/2008.

—JUDGE KOELTL