```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :      08 CRIM 731
                                    :
          - v. -                    :      WAIVER OF INDICTMENT
                                    :
                                    :      08 Cr. ___
LEONID VOLOV,                       :
                                    :
               Defendant.           :
------------------------------------x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1028(a)(1), 1035, 1341, 1344, 1347, 1349 and 1956(a)(1), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.



```
                          _____
                          LEONID VOLOV
                          Defendant

                          _____
                          Witness

                          _____
                          Counsel for Defendant
```

Date:  New York, New York
       July 2, 2008